MWG:AMB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MUHAMED DIEYE,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

REMOVAL TO THE NORTHERN DISTRICT OF TEXAS

(Fed. R. Crim. P. 5)

Case No. 26-MJ-127

EASTERN DISTRICT OF NEW YORK, SS:

Matthew Dziubela, being duly sworn, deposes and states that he is a Deputy Marshal with the United States Marshals Service ("USMS"), duly appointed according to law and acting as such.

On or about June 23, 2026, the United States District Court for the Northern District of Texas issued a warrant for the arrest of the defendant MUHAMED DIEYE, for violating 18 U.S.C. § 1542 (false statement in passport application).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On June 23, 2026, the United States District Court for the Northern District of Texas issued a warrant for the arrest of the defendant MUHAMED DIEYE (the "Arrest Warrant"). A true and correct copy of the Arrest Warrant is attached as Exhibit A. The Arrest Warrant was issued based upon a complaint that on or about November 21, 2024 and August 21,

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2024, the defendant MUHAMED DIEYE willfully and knowingly made a false statement in an application for a United States passport by failing to list at least one other name he had used, thereby violating 18 U.S.C. § 1542 (false statement in passport application). A true and correct copy of the Complaint is attached as Exhibit B.

2. On or about June 24, 2026, law enforcement agents arrested the defendant MUHAMED DIEYE at the United States District Court for the Eastern District of New York, in Brooklyn, New York, pursuant to the Arrest Warrant.

3. At the time of his arrest on June 24, 2026, the defendant MUHAMED DIEYE confirmed his identity to law enforcement agents by providing his name, date of birth, and social security number which matched the name, date of birth, and social security number of the defendant on the Arrest Warrant. Law enforcement agents also compared the defendant's physical appearance to a photograph stored in the CAPTURE law enforcement database for MUHAMED DIEYE, and the defendant's appearance matched the photograph of MUHAMED DIEYE contained in the database.

4. Based on the foregoing, I submit that there is probable cause to believe that the defendant is the MUHAMED DIEYE wanted in the Northern District of Texas.

WHEREFORE, your deponent respectfully requests that the defendant MUHAMED DIEYE be removed to the Northern District of Texas so that he may be dealt with according to law.

Matthew Dziubela
Deputy Marshal
United States Marshals Service

Sworn to before me this
24th day of June, 2026

[redacted]

THE HONORABLE MARCIA M. HENRY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

United States of America
v.
Muhamed Dieye

Defendant

Case No. 3:26-MJ-769-BW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Muhamed Dieye ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1542 Willfully and knowingly making a false statement in a passport application

[redacted]

Date: June 23, 2026

*Issuing officer's signature*

City and state: Dallas, Texas

BRIAN MCKAY, U.S. Magistrate Judge

*Printed name and title*

**Return**

This warrant was received on *(date)* __________, and the person was arrested on *(date)* __________
at *(city and state)* __________ .

Date: __________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: Muhamed Dieye

Known aliases: ______

Last known residence: ______

Prior addresses to which defendant/offender may still have ties: ______

Last known employment: ______

Last known telephone numbers: ______

Place of birth: ______

Date of birth: ______

Social Security number: ______

Height: ______ Weight: ______

Sex: ______ Race: ______

Hair: ______ Eyes: ______

Scars, tattoos, other distinguishing marks: ______

History of violence, weapons, drug use: ______

Known family, friends, and other associates *(name, relation, address, phone number)*: ______

FBI number: ______

Complete description of auto: ______

Investigative agency and address: ______

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______

Date of last contact with pretrial services or probation officer *(if applicable)*: ______

# EXHIBIT B

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

United States of America
v.
Muhamed Dieye

Defendant(s)

Case No. 3:26-MJ-769-BW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 21, 2024 in the county of Dallas in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1542 | Willfully and knowingly making a false statement in a passport application |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Tom Huszcza

☑ Continued on the attached sheet.

*Complainant's signature*

Tom Huszcza, SA, DSS

*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

[redacted]

Date: June 23, 2026

*Judge's signature*

City and state: Dallas, Texas

BRIAN MCKAY, U.S. Magistrate Judge

*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Tom Huszcza, being duly sworn, depose and state:

2. I have been employed by the U.S. Department of State, Diplomatic Security Service as a Special Agent for approximately eighteen years. I am assigned to the Dallas Resident Office in Dallas, Texas, and have been since August of 2018. During my time as a Special Agent, I have participated in investigations of passport fraud, money laundering, conspiracy, theft, wire fraud, identity theft and fraudulent document investigations. Through my training, education and experience, I have become familiar with the methods individuals impersonate and assume other identities and/or personas; forge, alter, and misrepresent documents to falsely present themselves; and conceal fruits of their crimes. I have attended and successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center, and the Basic Special Agent Course, at the Diplomatic Security Training Center.

3. This affidavit is filed in support of an arrest warrant and criminal complaint charging **Muhamed DIEYE** with willfully and knowingly making a false statement in a passport application, in violation of 18 U.S.C. § 1542.[1]

---

[1] In relevant part 18 U.S.C. § 1542 provides,

> Whoever willfully and knowingly makes any false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws;
>
> . . .
>
> Shall be fined under this title, imprisoned not more than . . . 10 years (in the case of the first or second such offense, if the offense was not committed to facilitate such an act of international terrorism or a drug trafficking crime), . . ., or both.


SBU - LAW ENFORCEMENT

4. I have personally been involved in the investigation of this matter. This affidavit is based on information obtained from law enforcement and government personnel; witness statements; my personal knowledge and observations; and my examination of various reports, documents, records, and computer databases. Unless otherwise indicated, when the contents of a document or an individual's statement are reported herein, they are reported in substance and part and are not intended to be a verbatim recitation of the document or statement. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support the issuance of an arrest warrant, it does not include all the facts known to me or other government personnel.

5. According to United States Department of State ("DOS") passport regulations (contained in 22 CFR Part 51), a passport applicant is required to submit a passport application and to truthfully answer all questions pertaining to their eligibility for a U.S. passport. All information and supporting documentation submitted in connection with a U.S. passport application is considered part of the application.

6. According to DOS records, on November 16, 2022, **Muhamed DIEYE** born on January 21, 1991, submitted a DS-11 application for a U.S. passport (version 12-2020) at the Dallas Passport Agency located at 1100 Commerce St, Dallas, Texas. This passport acceptance facility is located in the Northern District of Texas, Dallas Division. In support of the U.S. passport application, **Muhamed DIEYE** provided a State of New York birth certificate and a State of Pennsylvania drivers' license. **Muhamed DIEYE** left block 9a and 9b ("List all other names you have used") blank. **Muhamed DIEYE**'s signature appears below a declaration that states,


SBU - LAW ENFORCEMENT

> I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

7. According to DOS records, on August 21, 2024, **Muhamed DIEYE**—born on January 21, 1991—submitted a DS-11 application for a U.S. passport (version 04-2022) at the Dallas Passport Agency located at 1100 Commerce St, Dallas, TX. This passport acceptance facility is located in the Northern District of Texas, Dallas Division. In support of the U.S. passport application, **Muhamed DIEYE** provided a State of New York birth certificate and a copy of a State of Pennsylvania drivers' license. **Muhamed DIEYE** left block 9a and 9b (List all other names you have used) blank. **Muhamed DIEYE** signature appears below a declaration that states,

> I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

**8.** On September 2, 2022, pre-dating both U.S. passport application, **Muhamed DIEYE**, purporting to be F.A., signed a one-year residential lease for the occupancy of 2900 McKinnon St #502, Dallas, TX. In support of the lease agreement, DIEYE provided


SBU - LAW ENFORCEMENT

a State of New Jersey driver's license bearing **DIEYEs** image and the personally identifiable information of F.A., with a date of birth of xx/xx/1995. Search of the National Law Enforcement Telecommunication System shows that New Jersey driver's license (NJ DL A xxxx xxxxx x2952) does not correspond with any New Jersey driver. Additionally, **DIEYE**, purporting to be F.A., supplied a social security number XXX-XX-3588 for the lease agreement. This social security number belongs to a minor child.

9. I am including the following table for reference:

| | | |
|---|---|---|
| <br>Muhamed DIEYE<br>2024 U.S. Passport<br>application | <br>Muhamed DIEYE<br>2022 U.S. Passport<br>application | <br>Photo of DIEYE on the<br>counterfeit NJ DL in the<br>name of F.A. |

10. Based on the foregoing information I have and submit there is probable cause to believe that on or about November 16, 2022 and again August 21, 2024, **Muhamed DIEYE** willfully and knowingly made a false statement in an application for a United States Passport, in violation of 18 U.S.C. § 1542; namely, by failing to list other names he has used, including F.A.


SBU - LAW ENFORCEMENT

Tom Huszcza, Special Agent
U.S. Department of State
Diplomatic Security Service

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Dated this 23rd day of June 2026.

[redacted]

BRIAN MCKAY
United States Magistrate Judge